RECEIVED
MAY 16 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ERIC TEAGUE | CIVIL ACTION NO. 6:16-CV-0188 |
| VS. | SECTION P |
| | CHIEF JUDGE DRELL |
| USA | MAGISTRATE JUDGE WHITEHURST |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's *habeas corpus* complaint filed pursuant to 28 U.S.C. §2241 be **DISMISSED WITHOUT PREJUDICE** pursuant to FRCP Rule 41(b).

**THUS DONE AND SIGNED** in Alexandria, Louisiana, on this 13th day of May, 2016.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE